NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-CR-041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| THOMAS P. RANES et al, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P.

Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on

James N. Barkeley, Assistant U.S. Attorney.  Assistant U.S. Attorney Frank V.

Russo, is the lead attorney in this matter.

RESPECTFULLY submitted this <u>9th</u> day of May, 2007, at Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          s/ Frank V. Russo
          FRANK V. RUSSO
          Assistant U. S. Attorney
          Federal Building & U.S. Courthouse
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2007
a copy of the foregoing NOTICE was served
electronically through ECF on:

Michael Filipoviv
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Paula S. Deutsch
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Scott A. Sterling
Allan D. Beiswenger


s/ Frank V. Russo