**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )   Case No. 3:06-cr-00041-13-RRB
v.                           )
                             )
DANIEL J. KNEITEL,           )
a/k/a "AUSSIE", "OZZY",      )
                             )
          Defendant.         )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

  X   The court has granted the motion of the government for dismissal without prejudice; of the offense(s) of 21 U.S.C. § 963, 952 & 960(a)&(b)(1),(b)(3), Conspiracy to Import Controlled Substances, 21 U.S.C. § 846, 841(a)(1)&(b)(1)(A), Conspiracy in Relation to Marijuana Trafficking, 21 U.S.C. § 853(a)(1)&(a)(2) Drug Forfeiture as charged in count(s) 1s, 2s, and 141s of the Second Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

   **DATED** at Anchorage, Alaska, this 24th day of July, 2013.

                                   S/RALPH R. BEISTLINE
                                   United States District Judge

[judgment kneitel.wpd]{DISCHARG.WPD*Rev.07/03}